## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Scott Crowley, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for over 12 years. My primary duties and responsibilities involve the investigation of violations of federal law that include crimes committed in Indian Country and violent crimes as found in Title 18 of the United States Code. I am currently assigned to the Denver Field Office/Durango Resident Agency of the FBI. During my time as an FBI Special Agent, I have investigated numerous crimes including, but not limited to wire fraud, mail fraud, bank robbery, public corruption, kidnapping, crimes committed in Indian Country, domestic terrorism, international terrorism, and fugitives.

2. As a result of my personal participation in the investigation described herein and my review of the reports, both written and oral, made to me by, witnesses, and other concerned parties, I am familiar with the circumstances of the facts and information contained in this affidavit. On the basis of my direct participation in this investigation, as well as my familiarity with other aspects of this investigation, I believe the facts contained in this affidavit establish probable cause for the issuance of a criminal complaint in support of an arrest warrant for the arrest of Patrick Scott, a member of the Southern Ute Indian Tribe and person considered an "Indian" under federal law, for multiple violations of 18 U.S.C. §§ 2241(c), 2244(a), and 1153 related to multiple victims over a substantial period of time.

3. The information set forth in this affidavit has been derived from an investigation conducted by your Affiant, other members of the FBI, and the Southern Ute Police Department, and/or communicated to me by other law enforcement officers as well as witnesses. The following information does not contain all items known to me but rather is used to establish

sufficient probable cause for the crimes described below.

## Probable Cause

4.      In July 2021, the Southern Ute Police Department received a report from tribal social services that minor children in the custody of L.S. and J.P. had reported sexual abuse committed by Patrick Scott.  The minor children are younger than twelve years old and are referred to herein as Minor #1, Minor #2, and Minor #3.

5.      Your Affiant reviewed court records and interviews that show that Minors #1-3 were placed in the custody of L.S. and J.P. in October of 2020.  Prior to that, since September 2015, Minors #1-3 were in the custody of Y.V. and lived across the street from Patrick Scott.  Records obtained from the Southern Ute Tribe show that Patrick Scott lives at 978 Shoshone Avenue, Ignacio, Colorado, within the exterior boundaries of the Southern Ute Indian Reservation, Indian Country ("Patrick Scott's house").

6.      Your Affiant has reviewed a Certificate of Indian Blood provided from the Southern Ute Indian Tribe that shows that Patrick Scott, date of birth 06/02/1957, is an enrolled member of the Southern Ute Indian Tribe and possesses a quantum of "Indian" blood; and is therefore considered an "Indian" person under federal law.

7.      On July 14, 2021, FBI Child Forensic Interviewer Karen Blackwell conducted forensic interviews with Minors #1-3 at the Southern Ute Police Department.  Your Affiant reviewed the recordings and transcripts of these interviews.  Minors #1-3 each reported sexual abuse at the hands of Patrick Scott over the prior several years at Patrick Scott's House.  Minors #1-3 each reported that Y.V. would periodically send one of the boys over to stay with Patrick Scott.  All of the events described below occurred at Patrick Scott's house.

   a.   In relevant summary for the purposes of establishing probable cause, Minor #1

    reported that Patrick Scott would tell Minor #1 to take Minor #1's clothes off and go to sleep with him in Patrick Scott's bed. While Minor #1 was sleeping, Patrick Scott would touch Minor #1 on Minor #1's "private part," which Minor #1 later explained was the part Minor #1 used to pee, with Patrick Scott's hand through Minor #1's underwear. Minor #1 would tell Patrick Scott to stop but he wouldn't listen. Minor #1 said that this behavior happened more than one time and had occurred in times that correlated to (1) March 4, 2017 to March 3, 2018; (2) March 4, 2018 to March 3, 2019; and (3) March 1, 2020 to June 1, 2020.

b. In relevant summary for the purposes of establishing probable cause, Minor #2 said that Patrick Scott would make Minor #2 take-off Minor #2's clothing besides Minor #2's underwear and sleep with Patrick Scott in Patrick Scott's bed. Once Minor #2 was asleep, Patrick Scott pulled Minor #2's underwear off and would "mess around" with Minor #2's "private parts." Minor #2 said that Patrick Scott would use both hands to touch the place where Minor #2 pees directly, not through Minor #2's underwear. In addition, Minor #2 recounted that Patrick Scott had attempted to put the part where Patrick Scott pees into the area where Minor #2 poops. Minor #2 described laying naked on Minor #2's side with a naked Patrick Scott on his side behind Minor #2 in Patrick Scott's bed. Minor #2 described Patrick Scott as "trying" to insert Patrick Scott's penis, but not actually making penetration, into Minor #2's anus. Minor #2 said that the attempted anal assault occurred during times that correlate to (1) May 12, 2018 to March 15, 2019; and (2) March 16, 2019 to March 24, 2019.

c. In relevant summary for the purposes of establishing probable cause, Minor #3

said that on one occasion when he was done taking a shower, Patrick Scott walked into the bathroom and Minor #3 got out of the shower.  Minor #3 recounted that Patrick Scott turned Minor #3 around, bent Minor #3 down using both hands, and tried to put Patrick Scott's "thing" into Minor #3's bottom.  Minor #3 said that while this was happening Patrick Scott was moving around.  Minor #3 said that this incident occurred during a time that correlates to November 9, 2019 to October 8, 2020.

8. On July 15, 2021, your Affiant and Detective Tom Boyce with the Southern Ute Police Department interviewed L.S., the current guardian of Minors #1-3 and an adult female.  L.S. described the initial outcries of Minors #2-3 to L.S. and her husband, J.P.  Additionally, L.S. disclosed that Patrick Scott had assaulted her when she was a child.  In relevant summary for the purposes of establishing probable cause, L.S. said that Patrick Scott would make her go to her uncle's house when the uncle wasn't at home.  <u>Investigator Note</u>:  your Affiant determined that the uncle's house was within the Southern Ute Indian Reservation, Indian Country.  L.S. reported that Patrick Scott would kiss L.S. and make her pull down her pants.  L.S. said that Patrick Scott would rub his penis on her butt.  L.S. reported that this happened routinely from when she was approximately five or six until approximately eleven or twelve.  L.S. reported that the assault would be the same thing every time and she estimated that it happened every couple of months.  L.S. remembered one of the incidents took place a couple days before her seventh birthday (February 1998).  In addition, L.S. said that Patrick Scott would routinely touch her breasts, butt, and vagina through her clothing.

9. On July 21, 2021, your Affiant and Detective Tom Boyce with the Southern Ute Police Department interviewed A.S., the sister of L.S. and an adult female.  A.S. disclosed that

Patrick Scott had assaulted her when she was a child. In relevant summary for the purposes of establishing probable cause, A.S. said she had initially disclosed Patrick Scott's assaults in 2017 to the Southern Ute Police Department and reaffirmed that that disclosure was correct. Your Affiant obtained and reviewed a copy of Southern Ute Police Department case 17SU03013. In that report, A.S. reported abuse commencing when she was about eleven or ten years old and lasted until she was almost thirteen years old. A.S. said Patrick Scott had repeatedly grabbed her breasts. A.S reported that Patrick Scott would repeatedly grab her vaginal area over the clothing. A.S. said that these incidents occurred at Patrick Scott's house. A.S. said that this incident occurred during a time that correlates between April 16, 2002 and April 16, 2004.

10. On July 15, 2021, your Affiant and Detective Tom Boyce with the Southern Ute Police Department interviewed M.W.P, an adult female. M.W.P. disclosed that Patrick Scott had assaulted her when she was a child when both she and Patrick Scott lived in Towaoc, Colorado at a house near the Ute Mountain Ute Casino. Investigator Note: Your Affiant is aware that this location is within the exterior boundaries of the Ute Mountain Ute Indian Reservation and is considered "Indian Country" under federal law. In relevant summary for the purposes of establishing probable cause, M.W.P. said that Patrick Scott would routinely touch her in her vaginal area over the clothing. M.W.P. estimated this happened almost every week until she was thirteen years old. M.W.P. said that this incident occurred during a time that correlates between December 8, 1975 and December 7, 1979.

11. On September 1, 2021, your Affiant and Detective Tom Boyce with the Southern Ute Police Department interviewed Patrick Scott at his house. Your Affiant told Patrick Scott that he was free to leave and terminate the interview at any time. In relevant summary for the purposes of establishing probable cause, Patrick Scott admitted that he touched A.S. and L.S. on

the breasts over the clothing on a number of occasions. Patrick Scott admitted that he touched A.S. and L.S. for his own pleasure. Patrick Scott said that on at least one occasion, he "patted" A.S. on the crotch over the clothing. Patrick Scott admitted that he also touched M.W.P.'s breasts over the clothing. Patrick Scott said that Minors #1-3 would sometimes spend the night over at Patrick Scott's house. Patrick Scott said that Minors #1-3 would sometimes sleep in Patrick Scott's bed. Patrick Scott said that Minors #1-3 would occasionally sleep in their underwear. Patrick Scott denied sexually assaulting Minors #1-3.

## CONCLUSION

In view of the above facts, your Affiant submits there is probable cause to believe that of Patrick Scott, a member of the Southern Ute Indian Tribe and person considered an "Indian" under federal law, committed multiple violations of 18 U.S.C. §§ 2241(c), 2244(a), and 1153 related to multiple victims over a substantial period of time.

I swear that this information is true and correct to the best of my knowledge and belief.

/s/ Scott Crowley_____
Special Agent Scott Crowley
Federal Bureau of Investigation

Subscribed and sworn before me by reliable electronic means on this 2nd day of September 2021.

*James M. Candelaria*
United States Magistrate Judge