IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00302-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**PATRICK SCOTT**,

    **Defendant.**

_____

**DEFENDANT'S UNOPPOSED MOTION FOR A HEARING TO DETERMINE THE MENTAL COMPETENCY OF THE DEFENDANT PURSUANT TO 18 USC §4241**
_____

    MR. PATRICK SCOTT, through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully moves this Court to set a hearing to determine the mental competency of Mr. Scott. The request for a hearing is unopposed by the government. In support of the Unopposed Motion, Mr. Scott states the following:

    1.    On September 8, 2021, the government filed an eleven-count Indictment against Mr. Scott alleging that on various dates, he committed acts of sexual abuse in violation of 18 U.S.C. §§ 2241(c) and 2244(a)(5). *See* Doc. 12.

    2.    Also on September 8, 2021, undersigned counsel entered an appearance in the present matter. *See* Doc. 10.

    3.    On September 15, 2021, Mr. Scott appeared before the Honorable Magistrate Judge James M. Candelaria and he was arraigned. *See* Doc. 16. At that time, Mr. Scott entered a plea of not guilty to all counts. *See id.*

4. Pursuant to a Minute Order entered by the Honorable United States District Court Judge Robert E. Blackburn, pretrial motions are due by November 4, 2022, and a Telephonic Status Conference is set for November 15, 2022. *See* Doc. 39.

5. Mr. Scott is 65 years old. He has been in custody since he was detained following his arrest in the present case. He is currently in custody at the La Plata County Jail in Durango, Colorado.

6. After numerous conversations between undersigned counsel and Mr. Scott, undersigned counsel has reason to believe that Mr. Scott may be suffering from a mental disease or defect that could be rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and/or to assist properly in his defense. Undersigned counsel requests that the Court set the present matter for a hearing under 18 U.S.C. §4241 to determine the competency of Mr. Scott.

7. In consulting with the government about the present motion, government counsel does not object to the setting of a Competency Hearing. The government intends to request that the Court order a psychiatric/psychological examination and that the expert conducting the examination prepare a report as contemplated by 18 U.S.C. §4241(b). Undersigned counsel does not oppose the Court ordering such an Examination and the preparation of a report.

8. In an effort to avoid unnecessary delay and unneeded transportation of Mr. Scott outside of Colorado, undersigned counsel requests that he remain in the La Plata County Jail and that the evaluation be ordered to occur at that facility. If an

evaluation at that facility is not practicable,[1] then undersigned counsel requests that Mr. Scott be moved to a jail in the Denver area for the evaluation.

9. Undersigned counsel's request is consistent with the operative statute that requires such evaluations to occur "in the suitable facility closest to the court," unless that is impracticable. *See* 18 U.S.C. § 4247(b).

10. Undersigned counsel also requests that the report of any subsequent evaluation be filed with the Court pursuant to 18 U.S.C. § 4247(c) in a restricted fashion. Undersigned counsel would request that copies of the report be tendered to the parties pursuant to 18 U.S.C. § 4247(c).

11. Following the evaluation and report, undersigned counsel requests that the Court order counsel to contact chambers to set a date for hearing on Mr. Scott's competency, should such hearing be necessary.[2]

12. Undersigned counsel further requests that the Court vacate all current dates and deadlines, to be reset upon conclusion of the competency evaluation and hearing. Because time spent evaluating Mr. Scott's competency tolls the Speedy Trial clock, vacating current deadlines and dates will not violate the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(A).

13. A proposed Order is attached to the present filing.

---

[1] The evaluation conducted by the defense expert occurred at the La Plata County Jail.
[2] If the results of the parties' evaluations are unanimous regarding Mr. Scott's competency, the parties will advise the Court as such.

WHEREFORE, the undersigned respectfully requests that this Court vacate current deadlines and the Telephonic Status Conference and set the matter for a Competency Hearing pursuant to 18 U.S.C. §§ 4241(c) and 4247(d).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Timothy_OHara@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION FOR A HEARING TO DETERMINE THE MENTAL COMPETENCY OF THE DEFENDANT PURSUANT TO 18 USC §4241**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Jeffrey Graves
    Assistant U.S. Attorney
    Email:  Jeffrey.Graves@usdoj.gov

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Timothy_OHara@fd.org
    Attorney for Defendant